**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2143**

JEREMY BREYON HUDSON,

Plaintiff - Appellant,

v.

HAMPTON ROADS SHIPPING ASSOCIATION-ILA; ILA #970,

Defendants - Appellees.

**No. 22-2144**

JEREMY BREYON HUDSON,

Plaintiff - Appellant,

v.

HAMPTON ROADS SHIPPING ASSOCIATION-ILA; ILA #970,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:21-cv-00464-AWA-DEM; 2:21-cv-00466-AWA-DEM)

Submitted:  September 7, 2023                    Decided:  November 7, 2023

2

Before WYNN and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Jeremy Breyon Hudson, Appellant Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Breyon Hudson appeals the district court's orders dismissing his civil actions pursuant to 28 U.S.C. § 1915(e)(2).[*]  We have reviewed the records and find no reversible error.  Accordingly, we affirm the district court's orders.  *Hudson v. Hampton Rds. Shipping Ass'n*, Nos. 2:21-cv-00464-AWA-DEM; 2:21-cv-00466-AWA-DEM (E.D. Va. Nov. 3, 2022).  We deny Hudson's motion to appoint counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court also concluded that dismissal of the actions was warranted solely on the basis of Hudson's failure to comply with the court's show cause orders.  *See* Fed. R. Civ. P. 41(b).

3